RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Marcus McFarland

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00192-KJD-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (First Request) |
| v. | |
| MARCUS MCFARLAND, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Courtney Strange, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Marcus McFarland, that the Preliminary Hearing currently scheduled on March 3, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss with the defendant the allegations within the petition and prepare for the hearing.

2. The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing.

DATED this 26th day of February, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

By */s/ Courtney Strange*
COURTNEY STRANGE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00192-KJD-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| MARCUS MCFARLAND, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for March 3, 2026 at 4:00 p.m., be vacated and continued to April 6, 2026, at 4:00 p.m.

DATED this 26th day of February, 2026.

_____

UNITED STATES MAGISTRATE JUDGE

3