**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00192-KJD-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| MARCUS MCFARLAND, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 10, 2026 at 10:30 a.m., be vacated and continued to June 2, 2026 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

DATED this 9th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3